United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KOSTIANTYN KUZOVKOV, Plaintiff, | § § § § | CIVIL ACTION NO 4:25-cv-03266 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Defendants. | § § | |

## ORDER

Plaintiff Kostiantyn Kuzovkov filed a petition for writ of *habeas corpus* and declaratory relief on July 14, 2025. Dkt 1. The same day, he filed a request for the Government to show cause under 28 USC §2243. Dkt 2.

The docket reflects that Defendants have not yet been served or appeared. The request itself wasn't designated as seeking emergency relief, nor did it follow this Court's procedures in that respect. See Court Procedures, ¶3(e). It is also noted that no temporary restraining order or other preliminary relief is at present requested. Dkt 1 at 15 (complaint, prayer for relief). Nonetheless, the requested relief appears to be proper in certain respects and so will be allowed as follows.

Defendants are ORDERED to show cause with a filing by September 2, 2025, that establishes the propriety of Plaintiff's continued detention.

It is ORDERED that a hearing to consider this matter is now SET for September 5, 2025, at 3:30 pm.

SO ORDERED.

Signed on August 27, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge