United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KOSTIANTYN KUZOVKOV, | § | CIVIL ACTION NO |
| Petitioner, | § | 4:25-cv-03266 |
| | § | |
| | § | |
| vs | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents | § | |

## ORDER

Pending is an opposed motion by Respondents to extend the show-cause response deadline and to reset the related hearing. Dkt 9.

Given the nature of *habeas corpus* petitions, delay of hearing is inappropriate at this time. As such, the motion is CARRIED for determination at hearing.

It is ORDERED that the hearing to consider this matter will proceed as previously set for September 5, 2025, at 3:30 pm.

The parties are ORDERED to appear in person and should be prepared to address this motion and the underlying merits.

SO ORDERED.

Signed on September 4, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge