United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KOSTIANTYN KUZOVKOV, | § | CIVIL ACTION NO |
| Petitioner, | § | 4:25-cv-03266 |
| | § | |
| | § | |
| vs | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents. | § | |

## ORDER

Petitioner Kostiantyn Kuzovkov filed a petition for writ of *habeas corpus* and declaratory relief. Dkt 1. Respondents were ordered to show cause in that regard under 28 USC §2243. Dkt 6.

In advance of the show cause hearing set for September 5, 2025, Respondents filed a notice of non-opposition to the petition and to the request for release from detention. Dkt 11.

As such, the petition for writ of *habeas corpus* is hereby GRANTED. Dkt 1.

It is ORDERED that that Respondents are RESTRAINED from continuing to hold Petitioner in detention.

It is ORDERED that Respondents immediately RELEASE Petitioner from detention.

SO ORDERED.

Signed on September 5, 2025, at Houston, Texas.

Hon Charles Eskridge
United States District Judge