United States District Court
Southern District of Texas
**ENTERED**
November 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KOSTIANTYN KUZOVKOV, | § | CIVIL ACTION NO |
| Petitioner, | § | 4:25-cv-03266 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAMELA BONDI, *et al,* | § | |
| Respondents. | § | |

FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons stated in the order dated September 5, 2025.

The Court retains jurisdiction to resolve later disputes as to any term or condition of that order.

This is a FINAL JUDGMENT.

Signed on November 26, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge